United States District Court
Southern District of Texas
FILED

NOV 0 4 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-14-876 |
| KEVIN LYNDEL MASSEY and JOHN FREDERICK FOERSTER | § | |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about August 29, 2014, in the Southern District of Texas, the defendant,

**KEVIN LYNDEL MASSEY,**

having been convicted on March 1, 1988 of a crime punishable by imprisonment for a term exceeding one year, burglary of a habitation in Cause number F88-77912-JR in the 265th Judicial District Court of Dallas County, Texas, did knowingly possess in and affecting interstate commerce a firearm, that is one Springfield model XDS, .45 caliber pistol, bearing serial number XS664509, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

#### COUNT TWO

On or about August 29, 2014, in the Southern District of Texas, the defendant,

**KEVIN LYNDEL MASSEY,**

having been convicted on March 1, 1988 of a crime punishable by imprisonment for a term exceeding one year, burglary of a habitation in Cause number F88-77912-JR in the 265th Judicial District Court of Dallas County, Texas, did knowingly possess in and

affecting interstate commerce a firearm, that is one Centurion model 39 Sporter, 7.62 x 39 mm rifle, bearing serial number 39NC02585, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

### COUNT THREE

On or about October 20, 2014, in the Southern District of Texas, the defendant,

### KEVIN LYNDEL MASSEY,

having been convicted on March 1, 1988 of a crime punishable by imprisonment for a term exceeding one year, burglary of a habitation in Cause number F88-77912-JR in the 265th Judicial District Court of Dallas County, Texas, did knowingly possess in and affecting interstate commerce a firearm, that is one HS Produkt model XDS, .45 caliber pistol, bearing serial number XS613495, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

### COUNT FOUR

On or about October 20, 2014, in the Southern District of Texas, the defendant,

### KEVIN LYNDEL MASSEY,

having been convicted on March 1, 1988 of a crime punishable by imprisonment for a term exceeding one year, burglary of a habitation in Cause number F88-77912-JR in the 265th Judicial District Court of Dallas County, Texas, did knowingly possess in and affecting interstate commerce a firearm, that is one HS Produkt model Tactical XD, .45 caliber pistol, bearing serial number US777533, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about August 29, 2014, in the Southern District of Texas, the defendant,

**JOHN FREDERICK FOERSTER**,

having been convicted on May 29, 2001 of a crime punishable by imprisonment for a term exceeding one year, burglary of a building in Cause number 01-CR-365-B in the 138th Judicial District Court of Cameron County, Texas, did knowingly possess in and affecting interstate commerce a firearm, that is one Zastava model PAP M92PV, 7.62 X 39 mm. pistol, bearing serial number MP2PV005143, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
WILLIAM HAGEN
Assistant United States Attorney