# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | Criminal No. 1:14-cr-00876-01 |
| | § | |
| **KEVIN LYNDEL MASSEY** | § | |
| **Defendant** | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Edmund K. Cyganiewicz, counsel for Kevin Lyndel Massey, and hereby respectfully moves this Court to appoint another attorney to represent the defendant in that there has been a breakdown of the attorney-client relationship and counsel has had difficulty in being able to respond to the client's numerous requests and demands for immediate responses.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel prays that this Honorable Court allow the withdrawal of counsel, and that present counsel be released from further obligation or duty to this Defendant as Attorney of Record and another attorney be appointed to represent Kevin Lyndel Massey on his case.

Respectfully submitted,

By: /s/ Edmund K. Cyganiewicz
EDMUND K. CYGANIEWICZ
State Bar No. 005300050
Federal ID No. 2243
1000 E. Madison
Brownsville, Texas 78520
Telephone (956) 541-5995
Facsimile: (956) 542-4475

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Criminal No. 1:14-cr-00876-01** |
| | § | |
| **KEVIN LYNDEL MASSEY** | § | |
| **Defendant** | § | |

### CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of December, 2014, a true and correct copy of the foregoing Unopposed Motion to Withdraw as Counsel was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

      By: /s/  Edmund K. Cyganiewicz
           EDMUND K. CYGANIEWICZ

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with the U.S. Attorney, about this Motion to Withdraw as Attorney of Record and he is not opposed.

      By: /s/  Edmund K. Cyganiewicz
           EDMUND K. CYGANIEWICZ