United States District Court
Southern District of Texas
FILED

SEP 3 0 2015

David _____, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Brownsville Division |
| v. | Criminal No.  B-14-CR-876 |
| Kevin Lyndel Massey | AMENDED EXHIBIT LIST |
| List of United States of America | AUSA: William Hagen |
| Judge: ANDREW HANEN    Clerk: CHRISTINA SUSTAETA | Reporter: BARBARA BARNARD |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Image of Defendant on August 29th, 2014 | ✓ | | ✓ | 9-30-15 |
| 2 | Image of "mule"/ATV from August 29th, 2014 | ✓ | | ✓ | 9-30-15 |
| 3 | Image of weapons from August 29th, 2014 | ✓ | | ✓ | 9-30-15 |
| 4 | Springfield XDS .45 caliber firearm (serial number XS664509) Withdrawn & replaced with photo | ✓ | | ✓ | 9-30-15 |
| 5 | Centurion Model 39 Sporter cal. 7.62 x 39 mm firearm (serial number 39NC02585) Withdrawn & replaced with photo | ✓ | | ✓ | 9-30-15 |
| 6 | HS Produkt model XDS .45 caliber firearm (serial number XS613495) Withdrawn & replaced with photo | ✓ | | ✓ | 9-30-15 |
| 7 | Image of Defendant's truck from October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 8 | Image of door pocket from Defendant's truck from October 20th, 2014 containing ammunition and miscellaneous items | ✓ | | ✓ | 9-30-15 |
| 9 | Image viewing inside of Defendant's truck from October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 10 | Image viewing inside of Defendant's truck from October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 11 | Image of ammunition collected from Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 12 | Image of mask found inside Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 13 | Image of Defendant's iPhone found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 14 | Image of ammo and ammo pack found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 15 | Image of tannerite binary explosive bundles found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 16 Sealed | Image of Texas Department of Corrections "Inmate Card" for inmate Massey, Kevin Lyndel. Inmate number 477479. Card found in | ✓ | | ✓ | 9-30-15 |

XIBTLIST.FED                                                              08/25/15

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| | Defendant's truck on October 20th, 2014. | | | | |
| 17 | Image of Texas Liability Insurance Card found in Defendant's vehicle on October 20th, 2014. | ✓ | | ✓ | 9-30-15 |
| 18 | Image of plate body armor found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 19 | Image of all ammunition found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 20 | Image of packaged subsonic 7.62 caliber subsonic ammunition found in Defendant's truck on October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 21 | Diagram of Defendant Kevin Massey's hotel room | | | | |
| 22 | HS Produkt model Tactical XD .45 caliber firearm (serial number US777533) Withdrawn & replaced with photo | ✓ | | ✓ | 9-30-15 |
| 23 | Image of Defendant's hotel room showing bed, nightstand, and pistol from on or about October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 24 | Image of nightstand and firearm from Defendant's hotel room on or about October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 25 | Image of Defendant's hotel room from on or about October 20th, 2014 | ✓ | | ✓ | 9-30-15 |
| 26 | Image of desk, Defendant's IDs and Defendant's computers from hotel room | ✓ | | ✓ | 9-30-15 |
| 27 Sealed | Image of Defendant's Medical Marijuana Identification card | ✓ | | ✓ | 9-30-15 |
| 28 Sealed | Image of Defendant's Social Security card and Armed Forces of the United States ID card | ✓ | | ✓ | 9-30-15 |
| 29 | Image of drawer from hotel room showing Defendant's confession and bills for hotel room | ✓ | | ✓ | 9-30-15 |
| 30 | Five (5) page Narrative/confession written by Defendant found in hotel room pursuant to search warrant | ✓ | | ✓ | 9-30-15 |
| 31 | Six (6) Bills/ledgers from Value Place Brownsville identifying occupant as Kevin Massey, the Defendant | ✓ | | ✓ | 9-30-15 |
| 32 | Image of empty pistol holster, marijuana pipe and prescription bottles containing marijuana inside nightstand in hotel room | | | | |
| 33 | Image of prescription bottle containing marijuana found in hotel room | | | | |
| 34 | Image of 37mm explosive ammo found in hotel room | | | | |
| 35 | Image of four Honduran identification cards found in hotel room | ✓ | | ✓ | 9-30-15 |
| 36 | Image of plastic bag with identifying information written on it found with Honduran IDs listed as Exhibit 36 above | ✓ | | ✓ | 9-30-15 |
| 37 | Image of hotel closet showing Defendant's clothing | ✓ | | ✓ | 9-30-15 |
| 38 | Image of solitary toothbrush in bathroom | ✓ | | ✓ | 9-30-15 |
| 39 | Five (5) page Department of Justice Bureau of Alcohol, Tobacco, | ✓ | | ✓ | 9-30-15 |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
|  | Firearms, and Explosives certified trace summary for weapon listed as exhibit 4 above with serial number XS664509 |  |  |  |  |
| 40 | Five (5) page Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives certified trace summary for weapon listed as exhibit 5 above with serial number 39NC02585 | ✓ |  | ✓ | 9-30-15 |
| 41 | Five (5) page Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives certified trace summary for weapon listed as exhibit 6 above with serial number XS613495 | ✓ |  | ✓ | 9-30-15 |
| 42 | Five (5) page Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives certified trace summary for weapon listed as exhibit 22 above with serial number US777533 | ✓ |  | ✓ | 9-30-15 |
| 43 Sealed | Fifteen (15) page "pen packet" containing judgments of conviction against Defendant Kevin Massey | ✓ |  | ✓ | 9-30-15 |
| 44 | Youtube Video BP Jam Up of Citizens on Patrol 2 |  |  |  |  |
| 45 | Defendant Kevin Massey's military service records |  |  |  |  |
| 46 | Defendant Kevin Massey's phone calls from the jail |  |  |  |  |
| 47 | Gary Hunt's "The Plan for Restoration of Constitutional Government" |  |  |  |  |
| 48 | Images and statements printed from Kevin Massey's Facebook page |  |  |  |  |
| 49 | Image of Defendant Kevin Massey printed from Christi Massey's Facebook page |  |  |  |  |
| 50 | CV of DeLeon. | ✓ |  | ✓ | 9-30-15 |
| 51 | photo | ✓ |  | ✓ | 9-30-15 |
| 52 | photo | ✓ |  | ✓ | 9-30-15 |
| 53 | photo | ✓ |  | ✓ | 9-30-15 |
| 54 | photo | ✓ |  | ✓ | 9-30-15 |
| 55 | photo | ✓ |  | ✓ | 9-30-15 |

XIBTLIST.FED                                                                 08/25/15