UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-14-876-01 |
| KEVIN LYNDEL MASSEY | § | |

### ORDER FOR FINGERPRINT EXEMPLARS

The Court has considered the government's motion for an order to provide fingerprint exemplars and finds that such motion should be granted.

Accordingly, the motion is **GRANTED**, and it is **ORDERED** that the above named defendant will provide the Government's designated fingerprint expert with fingerprint exemplars in the form and manner directed by the fingerprint expert at a time and place directed by the designated expert.

ORDERED this __30__ day of __September__, 2015.

ANDREW S. HANEN
United States District Judge