

# The City of Quinlan, TX

P.O. Box 2740 | 105 W. Main St. | Quinlan, TX 75474 | ph (903) 356-3306 | fax (903) 356-4267

Office of the Mayor  
Hon. Donny Brock  
105 E. Main  
City of Quinlan, TX 75474

Feb. 26, 2015

To whom it may concern:

I am very pleased to write this letter of recommendation for Kevin K.C. Massey. I have known Mr. Massey for over twenty years, and I had the pleasure of being politically allied with him for ten of those. I find him to be easy to work with and very a personable and knowledgeable individual.

I am thoroughly impressed by his desire to improve whatever he touches. He is not a part time player, nor a temporary one song wonder. He has put in a lot time and effort for our community, well above what could ever expected of any single citizen. The exact number of man-hours in our community alone is too great to recall.

As I said, Kevin is a very personable man. He has strategic interpersonal skills and is often underestimated due to humble persona. This allows him to conveniently be misconstrued as less than formidable. He has been very active in bringing the people of Quinlan honest representation.

He carries himself well and in a honest and responsible manner.

Kevin has, since deciding to help regain control of or town:

- Earned the honor of Habitat for Humanities, Man of the Year 2010 Award.
- Volunteered hundreds of man-hours for my city and the town of Hawk Cove doing electrical work. He is the sole reason our ground level street lamps work. In addition to the labor involved, the materials were donated by him as well.
- He donated thousand dollars' worth of equipment to the Quinlan Police Department He helped get their Computer Network operational, and again donated his own time to get it up and working with the existing CPU's.
- He will work with any good or worthy cause that needs assistance.

In closing, I would like to say that if Kevin ever moves away, Quinlan's loss will be another community's gain. I believe he would be a tremendous asset to any city in the world. He is a colleague with whom I am proud to call friend.

You may reach me via E-mail at dbrock@cityofquinlan.net or by phone at office 903.356.3306 or cell 214.934.6816, I will be happy to provide additional information or answer any questions.

Best regards,

Donny Brock



DEFENDANT'S EXHIBIT

**FARMERSVILLE INDEPENDENT SCHOOL DISTRICT**
**POLICE DEPARTMENT**
**425 N. WASHINGTON**
**FARMERSVILLE, TEXAS 75442**
**972-782-7435 OFFICE**
**972-784-7293 FAX**

To Whom It May Concern, my name is Chris Dewey and I've been a Texas state peace officer for over eleven years. I worked for the Hunt County Sheriff's Office for over ten years and now I am currently working for Farmersville ISD Police Dept. This letter is being written for the purpose of telling you about my experiences with KC Massey.

I met KC over ten years ago and have been close friends with him ever since. I have been able to go to him on several different occasions as a friend and get help with just about any problem I have had. An example of that would be when I almost cut my arm off with a circular saw. My wife had to run some errands and KC left a job site to come sit with me. I was heavily medicated and was unable to help myself with anything. KC has helped me with repairs on my house and also helped my wife when my dog had pups. KC volunteered his time and money when I was a member of the Hunt County SWAT Team and needed some tools for my job. KC bought and helped build some entry tools and bang poles for the team. All those tools were donated to the Sheriff's Office by KC. I have seen KC use his electrical business as a gift to the community. KC has done work for free for several families in his area. KC is a member of the Habitat for Humanity Organization and provides his labor for free when needed.

I have dealt with KC in several different capacities and in every instance he had stood out as a good man and friend. I hope that you can see the man that I know and care for. Please read this letter and know that it is all true and I am proud to call Kevin Massey my friend.


Chris Dewey
Police Officer
Farmersville ISD Police Department
972-782-7435
cdewey@farmersvilleisd.net


DEFENDANT'S EXHIBIT
B-14-CR-876-01

# Boles Independent School District
## 9777 FM 2101
## Quinlan, Texas 75474
## (903) 883-4464 Fax (903) 883-4531

March 2, 2015

To Whom It May Concern:

Thank you for this opportunity to provide a letter of recommendation for Mr. K.C. Massey. My relationship with him has been primarily on a professional level. His three children Taylor, Jessica and Corey all attended Boles ISD, where I have been superintendent for the past 29 years. It was a pleasure having all three of his children at Boles for many years. All three students were very good students and involved in several extra-curricular activities.

The Massey family added a very positive element to our student body. Both Mr. and Mrs. Massey have always appeared to me to be a very hard working family and providing for their children. In fact, there are cases of them helping other kids not even related to them.

In my experience with Mr. Massey, I have noticed he does get passionate about what he believes in. On many occasions we have discussed the United States and what a blessing it is to live in such a great country. He also has a strong opinion for what is right and wrong, especially when it comes to our rights as American citizens.

Although I have limited understanding of Mr. Massey's court case, it is my prayer and hope that the court will have understanding and allow Mr. Massey to return back to our community. I have even visited with a potential employer that needs his services and is willing to hire Mr. Massey.

Once again, thank you for allowing me this opportunity to give the court my opinion of Mr. Massey.

If you should have any questions, please feel free to contact me.

Sincerely,

Dr. Graham Sweeney
Superintendent
Boles ISD
Cell (903) 413-4744

DEFENDANT'S EXHIBIT
B-14cr 876-03

Case 1:14-cr-00876   Document 139   Filed in TXSD on 01/04/16   Page 4 of 4

March 3, 2015

To whom it may concern,

    My name is Ash D. Harmon. I am a full time law enforcement officer and have been a Texas Peace Officer since 2002. My professional experience includes, but is not limited to, patrol, criminal investigation, marine safety enforcement, civil process, academy and in-service police instructor, and have served as a chief administrator.

    I have known KC Massey, both professionally and personally, for approximately 11 years at the time of this letter. Mr. Massey was formerly a subject of my jurisdiction. During that time, I cannot recall any negative interactions with Mr. Massey, nor did I have to arrest, cite, detain, or investigate him. I eventually came to know Mr. Massey's family, who were also law abiding citizens while in my jurisdiction. I have always known Mr. Massey to be respectful towards people and has on more than one occasion supported local law enforcement.

    I am well aware of Mr. Massey's current situation and it is my opinion that incarcerating Mr. Massey is not in the best interest of anyone. I do not believe he poses a risk to the safety of the public, nor I do not believe he poses a flight risk. I sincerely hope that Mr. Massey's matter can be resolved without imprisonment. If you have any questions regarding this letter, please contact me at the number listed below.

Respectfully,

Ash D. Harmon



DEFENDANT'S EXHIBIT
4
D-14CR 876-04