File Edit View Favorites Tools Help

Convert ▾ Select

Services Search ▾ EVOIP Links ▾

Number ▾

WestlawNext Signon | Employee Personal Page ... | DC CM-ECF LIVE- US Distr...

KC Massey III | Walter | Home | Find Friends

**KC Massey III** Timeline ▾ 2015 ▾ Highlights ▾

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks The University of Life

Lives in Cash, Texas

From The Grove, Texas

PHOTOS




ABOUT

HNIC at Shaw Electric Hunt County

Frank Hagwood More than damn ready ...III%er 4 life

**KC Massey III**

If there was a call to Arms tomorrow who is ready? Who is REALLY ready to go? Do you really have the intestinal fortitude to answer the call or are you just a facebook Commando? No need to respond to this post, just ask yourself. Am I all talk or am I ready to walk away from my family and creature comforts to protect and defend the rights and liberties of this country and its people? This is intended as a heart check, you may talk all tough on here but do you have the guts to act?

Share

101 people like this

11 shares

View previous comments

Dave Dixon III Most will never want to leave their comfort zone. I on the other hand have been ready for some time...... And for the support of this Declaration, with a firm reliance on the protection of Divine Providence, we mutually pledge to each other our Lives, our Fortunes, and our sacred Honor.

Dana Miller yes i'm ready !!! ive been ready the min. obama took office !!!!

1

Michael Moore I was born ready. Everyday im ready. Gut check you say? My guts are solid. Fortitude you say? I've steeled myself for this. Call to arms you say? I'll be waiting. Good luck on Monday bro!

Rob Dacson I would !!!!

Recent | 2015 | June | May | April | March | February | January | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 1980

GOVERNMENT EXHIBIT 1B

13-14-876-1

File Edit View Favorites Tools Help

Convert ▾ Select

Services Search ▾ EVOIP Links ▾

Number ▾

WestlawNext Signon Employee Personal Page ... DC CM-ECF LIVE- US Distr...

Find: oklahoma Previous Next Options ▾ 5 matches



KC Massey III Walter Home Find Friends

KC Massey III Timeline ▾ 2015 ▾ Highlights ▾

PHOTOS











ABOUT

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks
The University of Life

Lives in Cash, Texas

From The Grove, Texas

NOT PUNISH YOU

Kelli DeAnne Gordon

**The DOJ and the FBI admit to giving 'flawed testimony' from DNA unit for twenty years**

KC Massey III shared a link.

**April 19, 2015**

April 19, 2015 Gary Hunt Outpost of Freedom April 19, 2015 Twenty years ago, today, the Murrah Federal Courthouse, in Oklahoma City, was bombed by a patriot who intended to light the fuse of violen...

Share

3 people like this

1 share

KC Massey III

I just wanted to openly and publicly say I want to Give thanks to God, Gary Hunt, and Louis Sorola. These two men in particular have made my unlawful and illegal case one the government is gonna hate having ever involved me in. The Federal government will soon see why they should have gone after a criminal and not me! I cannot wait for the Honorable Judge Hanen to read and rule on the motions presented to his court! I want to also Thank God for being

http://outpost-of-freedom.com/blog/?p=1116

GOVERNMENT EXHIBIT 1C B-14-876-01

Find friends

Walter Home Find Friends



**KC Massey III**
May 16

Once again I ask "When is enough ENOUGH? How may Patriots have to be arrested for false or entrapped charges before you take this seriously? How much heat could YOU handle for being a stand up Patriot and persecuted by the feds? How far will you go to stand against the tyranny of our current cabal? Are you REALLY willing to defend this countries constitutional republic with your life and property? If we had just HALF of the FB "Patriots" who act and talk tough, we would already have our country back.

I have been attacked by the government and "Patriots" for my fight for our country. "Patriots" who are suppose to support and defend the constitution, instead side with government and defend unconstitutional law(WHICH IS NOT LAW) and inform on others and they only talk a good game, but there is no actions behind it. Playing in the woods, is NOT going to save our republic. You, who are just sitting idly by are just as guilty as those who are pushing for a police state in our country!

I went to the border and spent MY MONEY supporting our border crisis. I spent 4 months living primitively with lil or no luxuries. I left my family and my company to try to set the example and to PROVE the government is LYING to us! Myself and the men and women who worked the Texas border DOCUMENTED the lies and PROVED them. (1)The first lie was our border was secure, (2)second was we didnt have authority to arrest illegal invaders and (3)third was we didnt have the necessary training to be effective in the repelling of foreign invaders. We at Camp LoneStar ON VIDEO PROVED the border was INSECURE, we DID have the power of arrest (citizen arrest) and we DID posses the necessary skills (common sense) to repel invaders WITHOUT having federal training. It is all documented on Youtube. You can find the videos by searching KC Noneya. I showed on video the feds DO NOT have the authority over We the people to defend our state, as seen in BP Jamup Video.

In the last few years we had Brandon Raub and Charles Dyer take the hit first for standing up to the feds. Brandon Raub was illegally held under mental warrant, Charles was falsely convicted after 3 trials and sent to prison for 30 years. Then in the last 12 months Robert Beecher(who is under federal sentence), John Hildinger (went thru several months in jail and trials), John Ttp Foerster (still locked up awaiting sentencing) , myself (awaiting Justice), Anthony P Bosworth (awaiting justice), Richard Cook (locked up awaiting justice), William Wolf (entrapped and in jail awaiting justice).
The Patriots under federal charges is growing CONSTANTLY as MOST of yall watch. How will you feel when they come for YOU and "Patriots" stand by and watch you persecuted like many have watched us be railroaded? When they finally get more of us who have and will act, WHO will be there to defend you and your families?
Sound off, and lets make a plan of ACTION to restore our Constitutional Republic, (committees of safety, Patriot communities, etc)and stop the FB tough talk and keyboard commando crap. Your words are falling on deaf ears and people see us as the boy who cries Wolf. Its time to shit or get off the pot or our country will be lost!!!

Share

39 people like this

34 shares 57 comments

View previous comments 37 of 57



**Lisa Dyer Jessberger** Like people coming forward and DOING something besides posting memes
1 May 16 at 3:00pm



**Lisa Dyer Jessberger** It's not about guilt Ken it's about action and stop allowing division amongst the ranks
1 May 16 at 3:03pm

SUGGESTED GROUPS



**American Heritage, U.S. Constitution and Bill of R...**
840 members Join




**"We The People"**
530 members Join




**Online Dating**
24,289 members Join

See All

SPONSORED Create Ad



**Men's Coat $12.90 Only**
www.sammydress.com
Save up to 55% on 2015 Latest Coat. Free Shipping on 10,000 Items Site-wide. Shop Now!

English (US) Privacy Terms Cookies Advertising Ad Choices More
Facebook © 2015




Chat

# Outpost of Freedom

when the government is pointing their guns in the wrong direction

## April 19, 2015

April 19, 2015, 9:12 pm

## April 19, 2015



Gary Hunt
Outpost of Freedom
April 19, 2015

Twenty years ago, today, the Murrah Federal Courthouse, in Oklahoma City, was bombed by a patriot who intended to light the fuse of violent resistance to the government's overarching, and deadly, imposition upon the rights of the people. Some of the motivation behind this act was a response to the efforts of government, just two years earlier, to divest some people of their right to bear arms, and other infringements of the Constitution.

Twenty-two years ago, today, agencies of the federal government murdered over 80 people; in Waco, Texas; men, women, and children, in their own home/Church. Again, divesting the right to bear arms, and other constitutional infringements were the underlying elements in this event.

Two-hundred and forty years ago, today, more than 80 men stood on Lexington Green to demonstrate dissatisfaction with the government's effort to divest them of their constitutional and sacred right to keep arms.



Today, K. C. Massey's attorney, Louis Sorola, filed (electronically) a Motion to Dismiss the Indictment upon which the government's case against Massey rests. That motion is an objection to the government's attempt to divest Massey of his right to bear arms, by overreaching constitutional authority.

There are two elements in each of these events. First, arms; Second, the Constitution

Now, the government and Mainstream Media downplay the latter and demonize the former. And, that has become the underlying creed of law enforcement, as demonstrated by the short (45 second) video clip, "Sheriff's Deputy Admits MRAPs Are For Constitutionalists". Though the jurisdiction and the date of the video are not known (unless someone comes forward with that information), it is apparent that the two deputies are serious in what they say:

> Deputy #1: "We've got a lot of constitutionalists and a lot of people that stockpile weapons, a lot of ammunition, and they have [intelligible] weapons here locally."

So, the first Deputy sees danger in "constitutionalists" stockpiling weapons and ammo. He sounds a lot like General Gage, military governor of Massachusetts.

> Deputy #2: "It's worldwide. The world is unstable now; you look anywhere, you watch the news."

As to the second, what is "worldwide"? The fear of constitutionalists is an international problem? "Hey, buddy! Yeah, you, the deputy, don't you work for this county? What are you doing dealing in international matters?"

As George Santayana said, "***Those who cannot remember the past are condemned to repeat it.***"

Have we learned? Can we remember? What, possibly, can the government do to return to the Constitution, and avoid the violence that they have already begun?

Let us not slide further into that abyss of abject slavery and obedience to a government that was supposed to belong to us.

**Government's purpose is to govern the Government,**
**Not to govern the People.**

**Share this:**

Email Print Facebook 43 Google Pinterest Reddit Twitter More

**Like this:**

Like

Be the first to like this.

Tags: Constitution, cops, courts, de jure, demonization, government, history, law, militia, Moral Values, patriots, public, Resistance, revolution, violence, Massey, Waco, OKC Bombing
Category: Articles | Comment (RSS) | Trackback

## 2 Comments

1. *April 19, 2015 | From the Trenches World Report* says:
   April 20, 2015 at 3:15 am

   [...] Outpost of Freedom [...]

2. *Daniel Nurnberger* says:
   April 20, 2015 at 2:38 pm

   Those who oppose liberty..will soon fall to tyrannical rule.

File Edit View Favorites Tools Help

Convert ▾ Select

Services Search ▾ EVOIP Links ▾

Number ▾

WestlawNext Signon Employee Personal Page ... DC CM-ECF LIVE- US Distr...

KC Massey III

Walter Home Find Friends

KC Massey III Timeline ▾ 2014 ▾ October ▾

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks The University of Life

Lives in Cash, Texas

From The Grove, Texas

PHOTOS









ABOUT

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks The University of Life

Lives in Cash, Texas

October 2014

KC Massey III — Brownsville, Texas





## Kidnapped by Federal Agents

Brownsville, Texas

25-30 Federal took my freedoms for Standing up for our rights on the Border They are using a conviction from 26 years ago and a Mob Era law to try to deprive me of my freedom for PROVING that We the People can Arrest and Repel Border invaders with out Fed permission!

Share

41 people like this

**Matthew Kenney** Look up the act of attainder or bill of attainder you will see alot wrong. After you read that it may help you now or later in life as well I know I've used it and I'll never sign a ticket again

3

**Robert Mack** Know your rights and assert your sovereignty against their over reach of misjurisdictionalized ASSumed power.

2

**Richard Meek** http://en.m.wikipedia.org/wiki/Bill_of_attainder

3

KC Massey III

For all my haters and Foes!! Come get some!!

GOVERNMENT EXHIBIT 1E B-14-876-01

KC Massey III | Walter | Home | Find Friends

KC Massey III · Timeline · 2015 · Highlights

- HNIC at Shaw Electric Hunt County
- Studied Life Sciences at School of Hard Knocks: The University of Life
- Lives in Cash, Texas
- From The Grove, Texas

PHOTOS










ABOUT

- HNIC at Shaw Electric Hunt County
- Studied Life Sciences at School of Hard Knocks: The University of Life
- Lives in Cash, Texas
- From The Grove, Texas

7 people like this


Michael Briscoe My prayers for her safe return 1


KC Massey III

TO ALL You cockroach Feds. I know you are watching me and my page, as you admitted in court the other day. So now hear this "FuCk YOU". Im growing really tired of your villianization of me, Im really growing tired of your LIES about me and in your perjured testimony before the Honorable Judge Hanen Youre not gonna like me even more if you wont adhere to law and start to be legal and Lawful. Come Kill me assholes because thats what youll have to do to shut me up!! I will expose you maggots at every turn. The American people are tired of your oppression and deceit We the people WILL reclaim our nation and you treasonous maggots will get your just punishment at the hands of We the People, the righteous rulers of this country! Be advised while I pray for peace. I am preparing for WAR!

Share

96 people like this.

3 shares

View 24 more comments


Matthew Kenney The color law they think your colored man that's resist lol 1


Boogeyman Martin Maggots... too funny 1


Frank Hagwood DC were coming for you and NONE can stop us and NONE will stop us ...III%er 4 life 2


Augusta Vaughan






# KC Massey's Letters from Jail

**Massey - Letters from Jail #10**

**Oct 2, 2015**

To all American Patriots,

Please, I beg you to help me seek justice. My civil and constitutional rights have **been overtly violated. In court** records the court even acknowledged under the language and the authority of the law I am not guilty **of any crime. I have been kidnapped** by the federal government and illegally, unconstitutionally forced into federal jurisdiction **and court for no illegal actions** by me.

It is the equivalent of a Texas citizen being kidnapped by the state of Illinois, **extradited to Illinois and charged** by Illinois for violating Illinois state law even though I never went to Illinois.

The federal government has kidnapped and imprisoned me without any jurisdiction or **authority by law. I was and am** in full compliance with Texas law, the state in which I am a lifelong resident. I was on **private property in my own state** discouraging illegal invaders and cleaning up the messes the illegal invaders left behind. I was video **documenting and reporting** to the world the illegal invasion problem and the lack of any federal actions to stop the **illegal invasions**.

We personally witnessed the US Border Patrol allowing illegal invasion and the Border **Patrols illegal and unconstitutional** treatment of Legal US citizens, while allowing **illegal smuggling and illegal invaders to penetrate our borders in Texas.**

The Border Patrol committed a aggravated felony against us, by shooting at us **unprovoked. In an effort to cover up their** felonious actions against American citizens, they have illegally and unconstitutionally, **without jurisdiction and authority**, kidnapped myself and John Foerster.

The Border Patrol never punished the BP agent who violated Texas and federal law **by illegally and unlawfully discharging** his firearm, unprovoked, at American citizen while allowing cartel members to move **unabated. +The Government** committed perjury in court documents against me as established in testimony before the court. **The BP not only committed an aggravated** felony assault but also illegally detained and seized personal property from private **citizens on private property**, without warrant or articulable probable cause to justify the illegal and unlawful persecution of **American Patriots, defending our state** and country.

The details and chronology of this travesty of justice can be found at Outpost of Freedom. **Please share this story** to all patriots and help us receive justice.

**Thank you Patriots, today it is us, tomorrow it could be you. Please help us before you are find yourself in our position**, being illegally persecuted by our own government.

Sincerely, Kevin Massey

Previous Letter

**Return to** Massey Letters main page



File Edit View Favorites Tools Help

Convert Select

Services Search EVOIP Links

Number

WestlawNext Signon Employee Personal Page ... DC CM-ECF LIVE- US Distr...

KC Massey III

Walter Home Find Friends

KC Massey III Timeline 2014 Highlights

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks The University of Life

Lives in Cash, Texas

From The Grove, Texas

PHOTOS




ABOUT

HNIC at Shaw Electric Hunt County

Shannon Jameson Thanks brother

Mary Liberty Pennington Thank you KC Massey Oma !!! you rock

**KC Massey III**

Going in for drug test #2 in 3 days. Makes me feel so loved. I don't have any drug history or drug arrests but I have to call everyday to see if I get to do a "surprise" UA. Have to love having a leg monitor, allowed 4 hours of church per week. I can't open up my business "too much freedom of movement" so many restrictions I can't get a job, can't meet with my own congressman. Well atleast I'm home with my family. Happy holidays and Merry CHRISTmas

Share

167 people like this

2 shares

View previous comments

Jason King It sucks that the feds are doing this to you. My # is still the same. Is there anything I can do to help? Also, why not start a Gofundme for your legal expenses? You'll need at least 10k for this.

Jeff Guyton You My Brother Are A Leader. So Keep The Faith, Run The Good Race and Fight The Good Fight. God Honors Men Like You!!!

Glenn Fugate Well... goes to show what you get for actually givin' a crap. Man our "so called" system is soooo a$$ backwards.

GOVERNMENT EXHIBIT 1H B-14-876-01

KC Massey III

Walter Home Find Friends

KC Massey III Timeline 2015 May

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks, The University of Life

Lives in Cash, Texas

From The Grove, Texas

## Photos
















## About

HNIC at Shaw Electric Hunt County
January 2007 to present

Studied Life Sciences at School of Hard Knocks, The University of Life
Started in 1980

Lives in Cash, Texas

From The Grove, Texas


Annie Reamford .
May 5 at 11:15am


Mary Britton IM THERE KC
1 May 3 at 11:32am


**KC Massey III**
May 3

Patriots, this week is the week!! The illegal unlawful federal government persecution of me will make history this week. Anyone who is ready to make a STAND and not back down, contact me.
I have suffered long enough under this illegal persecution (over 6 months) and either the Judge will do the right thing or I will. I have been very patient and they have cost me my freedom of movement and cost me thousands of dollars UNLAWFULLY and against the Constitution, and I will not keep taking it laying down. I am not a criminal nor will I be treated as such without repercussion. This is my call for Action if the courts fail to adhere to law. When criminals get killed rioters tear down cities, when patriots get arrested we all sit back and do nothing. Its time to make a stand America.

Addendum: I said what I said, above, because it is frustrating to wait two weeks since the final motions were given to the Court. Two weeks of limbo -- I don't know if the judge will rule with the law, or with the government that has maliciously prosecuted me.
I could remove the post, however, since it was posted, I can't deny that I said it. So I just want to make clear that it was frustration that made me post it. I will withhold any statements regarding what I feel until after Judge Hanen makes his decision in my case.

Share

101 people like this.

14 shares


**Norine Mathews** (...because Patriots are too complacent, too nice.) Praying for you, KC. You WILL win if it's God's will. Some good comes of every bad thing if we have the faith of a mustard seed. You WILL win this, KC. You're a good man. This is a test ... Give God the glory no matter which way the judge decides. Prayer is the ONLY way 'we' will win against this regime and it's evil minions!!!
4 May 3 at 11:02am


**Jo Ann Reichert** Prayers.

Recent
2015
June
May
April
March
February
January
2014
2013
2012
2011
2010
2009
1980



KC Massey III

Walter Home Find Friends

KC Massey III Timeline 2015 May

HNIC at Shaw Electric Hunt County

Studied Life Sciences at School of Hard Knocks, The University of Life

Lives in Cash, Texas

From The Grove, Texas

Photos




About

HNIC at Shaw Electric Hunt County
January 2007 to present

Studied Life Sciences at School of Hard Knocks, The University of Life
Started in 1980

Lives in Cash, Texas

From The Grove, Texas



**Bill Creed** It's you and God. I could pep talk a bunch of lies, but you already know the truth. So let me say this, you have prepared well, God is on your side, I have and will pray for you. I have seen 1%, 3%, 111%, and I say its 100 % you and God. I assure you t... See More

3 May 3 at 2:16pm

**Kelli DeAnne Gordon** I'm waiting on the edge of my seat. This situation is intolerable to me so I can't even imagine how you must feel wearing that effing electronic tracking device. The whole situation burns my ass.




6 May 3 at 2:17pm

**KC Massey III** I am requesting ALL who can to come to my house incase the feds try to pull some bullshit. They have already been trying to set me up to revoke my bond. I will NOT allow them to retake my freedom. This is an urgent call and Im not taking this call lightly. I have several acres and home to secure to make sure no unwanted people come here. If people will stand for the Bundys and the Sugar Pine Mine will they stand with a proven patriot. No matter I am on a heightened alert and I will NOT allow anymore harassment or abuses by the federal government toward me. If you are really serious about making a stand, Come make it with me on my PRIVATE property. Swimming pool included! God Bless and I hope to see some real patriotsjust tough FB talk. I am not posting this lightly!!

3 May 3 at 3:26pm



**Jeff Shields** That was good Bill. It's in Gods hands. Obedience to him and he will deliver you. I feel good about it. I think the Judge will rule in favor of KC.

3 May 3 at 2:27pm

**KC Massey III** The judge has had 2 weeks already to rule, the issue will be I am no longer going to comply with the violations of my liberty and rights. This situation may get very intense very soon.

4 May 3 at 2:30pm

**Paul Norris** I am going to have to try and catch up I need this thread and try to understand whats up. As far as waiting...if that is all they can do then wait....as my wife tells me often....chose your battle...effective these people don't give them a reason to f*** you

1 May 3 at 5:41pm

**Paul Norris** I am in auto correct hell

Recent
2015
June
May
April
March
February
January
2014
2013
2012
2011
2010
2009
1980

MASSEY
JAIL CALL



GOVERNMENT EXHIBIT
1J
B-14-876

**Original CD has been placed in the Clerk's Office**

**File Room**



# DEPARTMENT OF JUSTICE
# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

5825 N Sam Houston Parkway West, Houston, TX 77086
713-716-9661




## DESTRUCTIVE DEVICE DETERMINATION

To: Special Agent Cesar Zambrano
Bureau of Alcohol, Tobacco, Firearms and Explosives
1200 North Commerce Center Street
McAllen, TX 78501

**I/N:** 782120-15-0004

**Date:** January 28, 2015

As requested, the following items were examined/evaluated in order to form an opinion as to the design, construction, functioning, effects, and technical classification of the materials involved in this investigation.

## ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.** ATF Report of Investigation # 7.

**Item 2.** ATF Forensic Laboratory Report number 14S0312, dated December 22, 2014.

**Item 3.** Physical evidence, disassembled on October 28, 2014.

## DEVICE DESIGN AND CONSTRUCTION

The materials evaluated in this investigation are consistent with sixteen (16) improvised explosive weapons commonly known as 37mm grenades.

1. Six (6) devices labeled ("SS") consisted of a plastic type tube sealed at each end with plastic type plugs that contained a quantity of steel discs. The sealed tube was then fitted into a 37mm cartridge casing that contained a quantity of explosive powder, identified by laboratory analysis as a black powder substitute, similar to FFg size granulation.

2. Three (3) devices labeled ("00") consisted of a plastic type tube sealed at each end with plastic type plugs. Laboratory analysis identified a quantity of zinc-plated steel slingshot pellets and pyrotechnic stars that were sealed within the tube. One of the plugs had been modified by having a hole drilled/punched through its center face. A length of pyrotechnic fuse was inserted through the hole of the modified plug in contact with the confined explosives as a means of initiation. The sealed tube was then fitted into a 37mm cartridge that contained a quantity of explosive powder, identified by laboratory analysis as a black powder substitute, similar to FFg size granulation. The pyrotechnic fuse extending from the projectile was in contact with the explosive powder contained in the cartridge casing to initiate a time delay upon firing.





**I/N: 782120-15-0004**

3. Two (2) devices labeled ("P") consisted of a plastic type tube sealed at each end with plastic type plugs that contained a quantity of lead pointed expanding air gun pellets. The sealed tube was then fitted into a 37mm cartridge casing that contained a quantity of explosive powder, identified by laboratory analysis as a black powder substitute, similar to FFg size granulation.

4. Two (2) devices labeled ("BREACH") consisted of a plastic type tube sealed at each end with plastic type plugs that contained a quantity of steel discs. The sealed tube was then fitted into a 37mm cartridge casing that contained a quantity of explosive powder, identified by laboratory analysis as a black powder substitute, similar to FFg size granulation.

5. Two (2) devices consisted of a two part plastic fin-stabilized projectile with cavity. Laboratory analysis identified a quantity of steel discs, a mixture of pyrotechnic stars, plant hulls and a perchlorate explosive mixture that were sealed within the projectile. The two part projectile was secured together with a polyurethane-based adhesive. A length of pyrotechnic fuse was inserted through the fin assembly in contact with the confined explosives as a means of initiation. The sealed tube was then fitted into a 37mm cartridge that contained a quantity of explosive powder identified by laboratory analysis as a black powder substitute, similar to FFg size granulation. The pyrotechnic fuse extending from the projectile was in contact with the explosive powder contained in the cartridge casing to initiate a time delay upon firing.

6. One (1) device consisted of a two part plastic fin-stabilized projectile with cavity. Laboratory analysis identified a quantity of pyrotechnic stars and plant hulls that were sealed within the projectile. The two part projectile was secured together with a polyurethane-based adhesive. A length of pyrotechnic fuse was inserted through the fin assembly in contact with the confined explosives as a means of initiation. The sealed tube was then fitted into a 37mm cartridge that contained a quantity of explosive powder identified by laboratory analysis as a black powder substitute, similar to FFg size granulation. The pyrotechnic fuse extending from the projectile was in contact with the explosive powder contained in the cartridge casing to initiate a time delay upon firing.

## DEVICE FUNCTIONING AND EFFECTS

Firing the projectiles 2, 5, and 6 would launch the grenade, igniting the pyrotechnic delay fuse and, after a short delay, result in an explosion. These explosions would produce blast, fragmentary, and thermal effects capable of causing property damage, injury and/or death to person near the explosion.

Firing the projectiles 1, 3, and 4 would launch the grenade, upon impact, these devices would be capable of causing property damage, injury and/or death to persons being impacted by the grenade.

**I/N: 782120-15-0004**

## OPINION

Based upon the above, it is the opinion of the assigned that the sixteen (16) devices in this investigation were designed as weapons and are properly identified as improvised explosive grenades. Improvised explosive grenades are destructive devices as the term is defined in 26 U.S.C., §5845(f). Additionally pyrotechnic compositions are explosives as that term is defined in 18 U.S.C. Chapter 40.

ALEX GUERRERO Digitally signed by ALEX GUERRERO
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=ATF, cn=ALEX GUERRERO, 0.9.2342.19200300.100.1.1=15001001363084
Date: 2015.01.28 10:42:38 -06'00'

Submitted by: Alex Guerrero
Explosives Enforcement Officer

Kenneth Erickson Digitally signed by Kenneth Erickson
DN: cn=Kenneth Erickson, o=EEB, ou=NCETR, email=kenneth.erickson@atf.gov, c=US
Date: 2015.01.28 14:03:53 -06'00'

Approved by: Kenneth C. Erickson
Program Manager, Explosives Enforcement Branch

EXAMINATION/ANALYSIS AND INTERPRETATION OF RESULTS

Exhibits 31-A, 32-A, 33-A, 34-A, 34-B, 35-A, 36-A, and 37-A each consisted of a black powder substitute which contained ascorbic acid. The black powder substitute was most similar in size to FFg granulation. The manufacturer of the black powder substitute was not determined.

Exhibit 31-B contained a mixture of pyrotechnic stars, plant hulls, and a perchlorate explosive mixture, which consisted of potassium perchlorate and aluminum. Exhibit 31-B also contained fifty-two steel discs which measured approximately 3/16 inch in diameter, and seventy steel discs which measured approximately ⅛ inch in diameter.

Exhibit 31-C consisted of an aluminum ammunition casing, which contained a spent primer. The casing measured approximately 3.06 inches in length, approximately 1.52 inches in outer diameter, and approximately 1.39 inches in inner diameter. A silicone-based adhesive surrounded the open end of the casing.

Exhibit 31-D contained the remains of a green plastic fin-stabilized projectile, with a length of an approximate ⅛-inch diameter functional red pyrotechnic fuse protruding through the base of the fin. The projectile was constructed of two sections, the base and the nose cone, which were secured together with a polyurethane-based adhesive. The projectile measured approximately 1.51 inches in diameter and approximately 4.63 inches in length. The red pyrotechnic fuse passed through an approximate 1¼-inch diameter circular piece of cardboard, which was secured to the fuse with hot melt glue. The outer surface of the projectile was partially coated with a black material.

Exhibit 31-E contained two lengths of an approximate ⅛-inch diameter functional red pyrotechnic fuse.

Exhibit 32-B consisted of a yellow polyethylene ammunition casing, which contained a spent primer. The casing measured approximately 2.08 inches in length, approximately 1.52 inches in outer diameter, and approximately 1.39 inches in inner diameter. The word "BREACH" was handwritten in black ink on the base.

Exhibit 32-C contained ninety-nine steel discs which measured approximately 3/16 inch in diameter, and one hundred eighty-five steel discs which measured approximately ⅛ inch in diameter.

Exhibit 33-B contained a mixture of two types of smokeless powder, at least one of which was double base, and a tan material chemically consistent with a road flare (fusee) formulation. The smokeless powders included flattened ball and disc morphology types. A single pyrotechnic star was also identified in the mixture.

Exhibit 33-C contained a length of an approximate ⅛-inch diameter functional green pyrotechnic fuse.

Exhibit 34-C contained twenty-one steel discs which measured approximately 3/16 inch in diameter, and seventy-three steel discs which measured approximately ⅛ inch in diameter.






FOR OFFICIAL USE ONLY

EXAMINATION/ANALYSIS AND INTERPRETATION OF RESULTS (Continued)

Exhibit 34-D contained forty-three steel discs which measured approximately 3/16 inch in diameter, and one hundred twenty-eight steel discs which measured approximately ⅛ inch in diameter.

Exhibits 35-B and 37-B each contained pyrotechnic stars. Exhibit 37-B also contained plant hulls.

Exhibit 35-C contained fifteen zinc-plated steel slingshot pellets, each of which measured approximately ¼ inch in diameter.

Exhibit 35-D and 37-C each contained a length of an approximate ⅛-inch diameter functional red pyrotechnic fuse.

Exhibit 36-B contained fifteen lead pointed expanding air gun pellets, each of which measured approximately 0.177 inch in diameter.

DISPOSITION OF EVIDENCE

The explosive materials in Exhibits 31-A, 31-B, 31-D, 31-E, 32-A, 33-A, 33-B, 33-C, 34-A, 34-B, 35-A, 35-B, 35-D, 36-A, 37-A, 37-B, and 37-C were consumed in analysis. The packaging materials for these exhibits and the remaining evidence will be returned to the McAllen, Texas, Field Office.

John Jermain
Forensic Chemist

Reviewed by:

Matthew R. Rainsberg
Acting Chief, Arson and Explosives Section



COPY
FOR OFFICIAL USE ONLY



U. S. Department of Justice

Forensic Science Laboratory - San Francisco
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Walnut Creek, CA 94598
Phone: (925) 364-8400
Fax: (925) 364-8401

# Laboratory Report

Accredited by ASCLD/LAB

Special Agent Cesar Zambrano
Bureau of Alcohol, Tobacco, Firearms and Explosives
1200 North Commerce Center Street
McAllen, TX 78501

**Date of Report:** December 22, 2014
**Lab Number:** 14S0312(1,2)
**Reference:** 782120-15-0004
**Title:** TX Border Militia
**Type of Exam:** Explosives

The evidence described below was received on December 3, 2014, by FedEx # 7720 5500 8359:

EXHIBITS – Submission 1

31-C. Listed as 37mm cartridge (projectile in bag #1)
31-D Listed as plastic rocket (projectile in bag #1)
31-E Listed as length of time fuse (projectile in bag #1)
32-B Listed as 37mm plastic cartridge labeled "BREACH" (projectile in bag #2)
32-C Listed as metal discs (projectile in bag #2)
33-C Listed as length of time fuse (projectile in bag #3)
34-C Listed as metal discs (projectile in bag #4)
34-D Listed as metal discs (projectile in bag #6)
35-C Listed as metal spheres (projectile in bag #5)
35-D Listed as length of time fuse (projectile in bag #5)
36-B Listed as metal pellets (projectile in bag #7)
37-C Listed as length of time fuse (projectile in bag #8)

The evidence described below was received on December 4, 2014, by FedEx # 7720 4710 2790:

EXHIBITS – Submission 2

31-A. Listed as vial with powder (propellant charge, projectile in bag #1)
31-B. Listed as vial with powder and discs (disbursement powder, projectile in bag #1)
32-A. Listed as vial with powder (propellant charge, projectile in bag #2)
33-A. Listed as vial with powder (propellant charge, projectile in bag #3)
33-B. Listed as vial with powder (disbursement powder, projectile in bag #3)
34-A. Listed as vial with powder (propellant charge, projectile in bag #4)
34-B. Listed as vial with powder (propellant charge, projectile in bag #6)
35-A. Listed as vial with powder (propellant charge, projectile in bag #5)
35-B. Listed as vial with powder spheres (disbursement charge, projectile in bag #5)
36-A. Listed as vial with powder (propellant charge, projectile in bag #7)
37-A. Listed as vial with powder (propellant charge, projectile in bag #8)
37-B. Listed as vial with powder spheres (disbursement charge, projectile in bag #8)






FOR OFFICIAL USE ONLY


GOVERNMENT
EXHIBIT
3
B-14CR 876-1