IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.  Case No. 1:14-CR-00876-001

KEVIN LYNDEL MASSEY,

DEFENDANT

**MOTION FOR WITHDRAWAL OF COUNSEL
AND
REQUEST FOR APPOINTMNET OF APPELLATE COUNSEL**

TO THE HONORABLE ANDREW S. HANEN:

The Defendant's attorney, Louis S. Sorola, in the above styled and numbered cause respectfully moves the Court for an order withdrawing him as attorney of record and appointing appellate counsel. In support of this motion, Louis S. Sorola, would show the Court as follows:

**I.**

On December 30, 2014 the Court appointed Louis S. Sorola to represent Defendant pursuant to the Criminal Justice Act (18 U.S.C. § 3006A). On January 4, 2016, Defendant was committed to the custody of the Bureau of Prisons. On January 12, 2016, Louis S. Sorola filed a Notice of Appeal for Defendant. Louis S. Sorola requests the Court enter an order withdrawing him as attorney of record for the appeal and appointing appellate counsel to represent Defendant.

**II.**

Louis S. Sorola respectfully requests that this motion be granted in its entirety.

1

Respectfully Submitted,

_____/s/_____
Louis S. Sorola
Texas State Bar Number: 00794990
Federal I.D. Number: 19533
1999 West Jefferson Street
Brownsville, Texas 78520
Telephone: (956) 504-2911
Fax: (956) 544-7766

Attorney for the Defendant,
Kevin Lyndel Massy

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Motion for Withdrawal and Appointment of Appellate Counsel was electronically served to Mr. William Hagen, Assistant United States Attorney on the 12th day of January, 2016.

_____/s/_____
Louis S. Sorola

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.  Case No. 1:14-CR-00876-001

KEVIN LYNDEL MASSEY,

DEFENDANT

**ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**
**AND**
**REQUEST FOR APPOINTMNET OF APPELLATE COUNSEL**

Louis S. Sorola's Motion for Withdrawal of Counsel is hereby:

_____  GRANTED and Louis S. Sorola is withdrawn as attorney of record

and _____ is appointed for purposes of appeal.

_____  DENIED

Signed in Brownsville, Texas on this the _____ day of _____, 2016.

_____
Andrew S. Hanen
United States District Judge