IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KEVIN LYNDEL MASSEY,<br>Petitioner, | § § § | |
| VS. | § § | CIVIL NO. B-17-190<br>CRIMINAL NO. B-14-876-1 |
| UNITED STATES OF AMERICA,<br>Respondent. | § § § | |

# ORDER

On December 7, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. Petitioner has objected to said Report and Recommendation. [Doc. No. 8]

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Petitioner Kevin Lyndel Masssey's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless. The issuance of a Certificate of Appealability is denied.

Signed this 21st day of February, 2018.

Andrew S. Hanen
United States District Judge